AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 7:22 mj 2557 |
| | ) | |
| Fernando Jair VELASQUEZ Gonzalez (Y.O.B. 1989) | ) | |
| Citizenship: MX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**United States District Court
Southern District of Texas
FILED**

**DEC 3 0 2022**

## CRIMINAL COMPLAINT

**Nathan Ochsner, Clerk**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 29, 2022 _____ in the county of _____ Hidalgo _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Knowingly and Intentionally Illegally Import into the United States approximately 5.28 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Eric Flores

Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause
found on:

Date: 12/29/2022 @ 7:46 am

City and state:                McAllen, Texas

/s/ Javier Salinas

*Complainant's signature*

Javier Salinas HSI Special Agent

*Printed name and title*

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge

*Printed name and title*

"ATTACHMENT A"

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On December 29, 2022, Fernando Jair VELASQUEZ Gonzalez attempted to enter the United States (US) via the Anzalduas Port of Entry (POE) while operating a Honda City (Mexico plates - SVR751A). VELASQUEZ Gonzalez is the registered owner of the vehicle.

2. At the Pharr POE, ORTIZ gave negative declarations to Customs and Border Protection Officers (CBPOs) for weapons, ammunition, and currency in excess of $10,000 US Dollars (USD).

3. VELASQUEZ Gonzalez advised CBPO Yunjoo Kim he was traveling to the US to go shopping in McAllen, Texas. During the contact, CBPO Jessalynn Paez was assigned to Anzalduas Carview. CBPO Paez observed the center console to be squared and showing anomalies. CBPO then referred the vehicle as suspect to send to secondary inspection. CBPO Kim subsequently referred VELASQUEZ Gonzalez to secondary inspection.

4. At secondary, CBPO Abigael Lugo also recieved negative declarations to Customs and Border Protection Officers (CBPOs) for weapons, ammunition, and currency in excess of $10,000 US Dollars (USD). VELASQUEZ Gonzalez once again stated he was going to McAllen, Texas for shopping.

5. During the seondary inspection, a after market manufactured door (AKA trap door) was located in the center console area of the vehicle. Subsequently, five (5) packages of a substance that thereafter tested positive for the characteristics consistent with that of cocaine were located inside a modified center console of the vehicle. The five (5) packages weighed approximately 5.28 kilograms (kg).

6. Homeland Security Investigations (HSI) Special Agent (SA) Javier Salinas arrived shortly thereafter to conduct an interview of VELASQUEZ Gonzalez. VELASQUEZ Gonzalez was advised of his Miranda warnings in the Spanish language, which he stated he understood and waived both verbally and in writing.

7. During the interview VELASQUEZ Gonzalez stated he was aware of the narcotics in the vehicle, advising he also knew it to be cocaine. VELASQUEZ Gonzalez went on to note that around September 2022 he and a friend created the modified center console in his vehicle to transport narcotics. VELASQUEZ Gonzalez also stated he has been transporting narcotics within Mexico for the last ten (10) years.

8. More recently he began working with an unidentified male (same friend as mentioned earlier) who he transported narcotics with in the past. Around June - July 2022 the unidentified male propositioned VELASQUEZ Gonzalez to transport narcotics into the US for $500 a kilogram.

9. Starting in October 2022 VELASQUEZ Gonzalez began transporting 5 kg of cocaine from Mexico to the US roughly every week, for $500 a kg.

10. VELASQUEZ Gonzalez stated between October to today's date he has done this approximately 7 - 8 times.

11. VELASQUEZ Gonzalez noted the narcotics seized in this event were from a separate unidentified male from the first 7 - 8 times, advising he was trying to make more money. VELASQUEZ Gonzalez continued to state he was being paid $800 a kg for this trip. VELASQUEZ Gonzalez stated he was to deliver the narcotics to Houston, Texas where he would receive further instructions on where to drop off the vehicle.